UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| J. SCOTT REID, Plaintiff, | ) | |
| v. | ) | No. 1:26-cv-02090-JRS-CSW |
| BRITTANY MASON, Defendant. | ) | |

**Order Directing Further Proceedings**

Federal district courts are courts of limited jurisdiction. *Badgerow v. Walters*, 596 U.S. 1, 7 (2022). They have jurisdiction over two kinds of cases: "diversity cases—suits between citizens of different States as to any matter valued at more than $75,000 . . . [and] federal-question cases—suits 'arising under' federal law." *Id.* (citing 28 U.S.C. §§ 1331, 1332(a)). The Complaint alleges subject-matter jurisdiction on the basis of diversity of citizenship under 28 U.S.C. § 1332. (Compl. ¶ 5, ECF No. 1.) However, Defendant's citizenship is alleged only "[u]pon information and belief." (*Id.*)

Jurisdictional allegations must be made on personal knowledge, not on information and belief, to invoke the subject matter jurisdiction of a federal court. *See America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992) (only a statement about jurisdiction "made on personal knowledge has any value" and a statement made "'to the best of my knowledge and belief' is insufficient" to engage diversity jurisdiction "because it says nothing about citizenship"); *Page v.*

*Wright*, 116 F.2d 449, 451 (7th Cir. 1940) (an allegation of a party's citizenship for diversity purposes that is "made only upon information and belief" is unsupported). Without sufficient jurisdictional allegations, the Court cannot exercise jurisdiction over this matter.

Plaintiff is **ordered** to file **by November 18, 2026,** an amended complaint correcting the jurisdictional deficiency noted above.

**SO ORDERED.**

Date: 10/22/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Benjamin Joel Lewis
DENTONS BINGHAM GREENEBAUM LLP (Louisville)
ben.lewis@dentons.com

Brittany Mason
10115 Jeffreys St., Apt. 2042
Las Vegas, NV 89183-7901